J-S09004-21

Filed 09/13/2021

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DARRYL BROOKS | : | |
| | : | |
| Appellant | : | No. 2355 EDA 2019 |

## ORDER

AND NOW, to wit, this 13th day of September, 2021, upon consideration of the application for reconsideration filed by Appellant, Darryl Brooks, it is hereby **ORDERED** that Appellant's application is **GRANTED**. We direct that the memorandum decision filed on August 6, 2021 be withdrawn and that this matter be reassigned to a new three-judge panel for consideration and disposition.

PER CURIAM

Judge McCaffery did not participate in the disposition of the application for reconsideration.